# EXHIBIT A

| Mark | Class and Goods and Services | Reg. Date | Reg. Number |
|---|---|---|---|
| VOGUE | US 026: Patterns. | 1915-04-13 | 0103770 |
| VOGUE | US 038: Magazines. | 1919-05-20 | 0125542 |
| VOGUE PATTERNS | US 038: Publication published every two months. | 1925-07-21 | 0201144 |
| AS SEEN IN VOGUE | US 038: Printed advertising signs. | 1925-11-24 | 0206142 |
| VOGUE KNITTING | US 038: Semi-annual publication. | 1948-08-10 | 0501515 |
| VOGUE | US 038: Magazine. | 1948-11-16 | 0504006 |
| L'UOMO VOGUE | IC 016: Fashion and entertainment magazine. | 1977-03-15 | 1061237 |
| VOGUE | IC 016: Magazine. | 1985-05-21 | 1336659 |
| VOGUE | IC 018: Tote bags. | 1991-10-08 | 1659761 |
| VOGUE.COM | IC 042: Providing fashion and beauty information distributed over television, satellite, wireless and global computer networks. | 2002-07-09 | 2592452 |
| VOGUE | IC 025: Clothing, namely, t-shirts | 2003-04-01 | 2701928 |
| TEEN VOGUE | IC 045: Providing fashion information over the Internet. | 2004-04-20 | 2835164 |
| VOGUE | IC 044: Providing information about beauty via a global computer network.<br><br>IC 045: Providing information about fashion via a global computer network. | 2006-03-21 | 3069976 |
| TEEN VOGUE | IC 035: Promoting the goods and services of others by distribution and transmission of advertisements in the nature of audio, video, text messages and emails via wireless and mobile devices<br><br>IC 038: Transmission of information through video and audio via digital networks and electronic communications networks.<br><br>IC 045: Providing information about fashion via wireless mobile devices, satellite, cable and global computer networks. | 2008-05-27 | 3436616 |

| Mark | Class and Goods and Services | Reg. Date | Reg. Number |
|---|---|---|---|
| VOGUE | IC 009: Downloadable computer software applications for use in connection with smartphones, PDA devices, tablet computers and other portable and handheld digital electronic devices, namely, downloadable software for accessing, viewing, interacting with and downloading content and information from magazines and websites in the field of fashion, style and beauty. | 2012-05-08 | 4138408 |
| VOGUE ARCHIVE | IC 041: Providing an on-line searchable database featuring digital replicas of magazines. | 2012-12-18 | 4262131 |
| VOGUEKNITTING LIVE | IC 041: Educational services, namely, providing live and online seminars, courses of instruction, exhibitions, workshops and conferences in the field of fashion, garments and textiles; entertainment services, namely, arranging and conducting fashion shows. | 2013-05-14 | 4334155 |
| VOGUE WEDDINGS | IC 041: Entertainment services, namely, the provision of continuing movies, films television programs, featuring fashion, style, and beauty delivered by digital networks in the nature of television, cable, satellite, and the internet; providing an ongoing television series featuring fashion, style and beauty provided via cable, network and the internet. | 2013-12-31 | 4459325 |
| VOGUE PATTERNS | IC 016: Magazines featuring clothing patterns. | 2016-04-19 | 4939249 |
| VOGUE | IC 035: Advertising; promotional services, namely, promoting the goods and services of others via digital and mobile networks; e-commerce services, namely, facilitating e-commerce business transactions by processing electronic orders for purchases of goods and services via a global computer network. | 2016-05-24 | 4964883 |

| Mark | Class and Goods and Services | Reg. Date | Reg. Number |
|---|---|---|---|
| VOGUE | IC 035: Advertising; promotional services, namely, promoting the goods and services of others via digital and mobile networks; e-commerce services, namely, facilitating e-commerce business transactions by processing electronic orders for purchases of goods and services via a global computer network. | 2016-05-24 | 4964884 |
| VOGUE RUNWAY | IC 009: Computer software applications for use in connection with smartphones, pda devices, tablet computers and portable and handheld digital electronic devices, namely, software for accessing, viewing, interacting with and downloading content and information from websites and magazines in the fields of style, beauty and fashion.<br><br>IC 045: Providing a website featuring information on fashion, namely, coverage of international fashion show, reports on seasonal clothing trends, news and information concerning latest style trends and industry developments. | 2016-10-25 | 5069495 |
| VOGUE | IC 025: Sweatshirts, hoodies, pajamas and shirts. | 2018-02-27 | 5413137 |
| VOGUE | IC 018: Handbags | 2018-03-20 | 5428664 |
| VOGUE | IC 028: Jigsaw puzzles. | 2018-04-24 | 5454848 |
| VOGUE | IC 041: Educational services, namely, providing live and online seminars, courses of instruction, exhibitions, workshops and conferences in the field of fashion, garments and textiles; entertainment services, namely, arranging and conducting fashion shows. | 2018-05-08 | 5465148 |
| VOGUE PATTERNS | IC 041: Providing information in the field of patterns for knitting and sewing dresses, evening gowns, suits, jackets, vests, coats, capes, skirts, shirts, pants, jumpsuits, shorts, bridal gowns, lingerie, swimwear, hats, and gloves via digital networks. | 2018-08-14 | 5538284 |

| Mark | Class and Goods and Services | Reg. Date | Reg. Number |
|---|---|---|---|
| VOGUE | IC 018: Tote bags; shoulder bags; toiletry bags sold empty; travel accessories, namely, grooming kit bags sold empty; shaving kit bags sold empty; and dopp kit bags sold empty. | 2019-01-01 | 5645061 |
| VOGUE | IC 018: Hand bags, totebags, luggage. | 2019-01-15 | 5655921 |
| VOGUE | IC 016: Paper for wrapping and packaging; Gift wrapping paper. | 2019-02-26 | 5686488 |
| GETTING READY WITH VOGUE | IC 041: Education and entertainment services, namely, a continuing web-based non-downloadable video series focused on celebrities preparing for events. | 2019-03-12 | 5697430 |
| VOGUE | IC 016: Calendars. | 2019-06-11 | 5776006 |
| VOGUEWORLD | IC 009: Downloadable computer software applications for use in connection with smartphones, PDA devices, tablet computers and other portable and handheld digital electronic devices, namely, downloadable software for accessing, viewing, interacting with and downloading content and information from magazines and websites in the field of fashion, style and beauty. | 2019-08-13 | 5836217 |
| VOGUE | IC 016: Notebooks. | 2019-10-29 | 5897368 |
| VOGUEWORLD | IC 045: Providing fashion information via digital networks; providing style information in the nature of fashion styles via digital networks. | 2019-11-05 | 5904850 |
| VOGUE 100 | IC 035: Membership program services, namely, administration of a membership program for enabling participants to receive special offers in the field of fashion and style, access to invitation only events, and exclusive editorial content. | 2019-11-12 | 5910089 |
| VOGUE | IC 041: Entertainment and education services in the nature of podcasts in the field of fashion, culture, celebrities and lifestyle. | 2019-11-19 | 5915018 |
| VOGUE | IC 028: Surfboards. | 2019-12-17 | 5940025 |

| Mark | Class and Goods and Services | Reg. Date | Reg. Number |
|---|---|---|---|
| VOGUE BUSINESS | IC 035: Membership program services, namely, providing members with access to products and services in the fields of fashion and beauty, special offers and discounts on products in the fields of fashion and beauty, and discounts and special access to fashion and beauty events and venues; advertising and marketing services; providing employment information in the fashion and beauty industry; online business research services that compile data and track insights and trends in the fashion, style and beauty industry. | 2020-04-14 | 6034637 |
| VOGUE | IC 028: Playing cards. | 2020-08-18 | 6131876 |
| VOGUE BUSINESS | IC 035: Providing business information in the field of fashion and beauty provided via a digital network. | 2020-10-13 | 6173612 |
| VOGUE | IC 016: Stationery. | 2020-10-20 | 6181442 |
| VOGUE | IC 021: Plastic coasters. | 2021-01-19 | 6248343 |
| VOGUE | IC 025: Fitness apparel, namely, tops and bottoms; tops as clothing. | 2021-03-09 | 6289836 |
| GOOD MORNING VOGUE | IC 041: Entertainment services, namely, an ongoing series in the field of fashion provided through webcast. | 2021-04-06 | 6315601 |
| VOGUE | IC 038: Transmission of video and audio content via digital networks and electronic communications networks. | 2021-04-13 | 6324126 |
| VOGUE WEDDINGS | IC 041: Providing an online monthly column in the field of fashion; providing online publications, namely, non-downloadable newsletters in the field of fashion. | 2021-08-31 | 6472359 |
| VOGUE WEDDINGS | IC 045: Online social networking services; social networking services provided via a website; social networking services provided via online computer databases and online searchable databases; providing information in the field of social networking; providing fashion distributed over television, satellite, wireless and global computer networks; provision of information in the field of | 2021-09-07 | 6479563 |

| Mark | Class and Goods and Services | Reg. Date | Reg. Number |
|---|---|---|---|
| | fashion by means of electronic communication networks including global computer networks; information services, namely, online information relating to fashion. | | |
| VOGUE PATTERNS | IC 041: Providing informational resources, namely, providing online publications in the form of patterns for knitting and making clothes via digital networks. | 2021-09-14 | 6486245 |
| VOGUE STORIES | IC 041: Entertainment and education services in the nature of providing podcasts in the field of fashion, culture, celebrities and lifestyle. | 2021-09-14 | 6486299 |
| GOOD MORNING VOGUE | IC 041: Entertainment services, namely, providing podcasts featuring interviews in the field of fashion, style, beauty, health, lifestyle, entertainment and culture. | 2022-01-18 | 6622275 |
| VOGUE CLUB | IC 035: Membership program services, namely enabling members to receive product samples and discounts in the fields of clothing, design, lifestyle, fashion, couture, culture, technology, food, cooking, travel, current events, health and fitness; and special access to events and venues relating to the aforesaid. | 2023-01-03 | 6939282 |
| VOGUE WIGS | IC 035: Computerized on-line retail store services in the field of retail distribution of wigs. | 2023-05-02 | 7039308 |
| VOGUE | IC 025: Fitness apparel, namely, sports bras, yoga pants, bike shorts, tank tops, track suits, windbreakers, jackets; blazers; pants; shorts; hats. | 2023-05-16 | 7056629 |
| VOGUE | IC 016: Art prints on canvas. | 2023-12-12 | 7243036 |

| Mark | Class and Goods and Services | Reg. Date | Reg. Number |
|---|---|---|---|
| VOGUE WORLD | IC 035: Live and virtual fashion show exhibitions for commercial purposes; Arranging and conducting special events for business purposes; Arranging and conducting marketing promotional events for others; Promotion of goods and services through sponsorship of fashion show, luxury car show, and musical concert events; and arranging and conducting special events for commercial, promotional or advertising purposes. | 2024-01-02 | 7263754 |
| IN VOGUE | IC 041: Entertainment services, namely, an ongoing multimedia, audio and video series in the field of fashion, popular culture and lifestyles provided through digital networks via video-on-demand transmission service. | 2025-01-07 | 7644979 |

SMRH:4935-0241-1647